FRANCISCO v. THE STATE.—On appeal.

THIS was an indictment against the appellant for carrying on and transacting the business and occupation

of vending wooden, brass, and composition clocks without license. After a motion to quash the indictment had been overruled, there was a trial under the plea of not guilty, and the appellant was convicted. A motion in arrest of judgment was also overruled.

*Held*, that the indictment, being founded on two statutes, is defective because it does not conclude, "contrary to the form of *the statutes.*" *The State* v. *Moses*, 7 Blackf. 244.—*The State* v. *Hunter*, 8 id. 212. The indictment should, therefore, have been quashed; or the motion in arrest of judgment should have been sustained.

The judgment is reversed. Cause remanded, &c.